IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SAM W. LEE                                                                                                    PLAINTIFF

v.                                                                                             No. 3:16CV218-MPM-DAS

M.C.C.V./M.T.C.
TIME OUTLAW
TRISH DOTY
J. COLLINS
BERNICE BROWN                                                                                       DEFENDANTS

## JUDGMENT

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is ordered:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That this case will **PROCEED** as to the plaintiff's claim against defendant Bernice Brown for denial of access to the courts.

3. That the plaintiff's claims against the remaining defendants are **DISMISSED** for failure to state a claim upon which relief could be granted.

**SO ORDERED**, this, the 27th day of February, 2018.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI